# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131719

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 131719
                                        COA: 269854
                                        Muskegon CC: 02-047276-FH
                                        02-047280-FH

JEFFREY LLOYD HEADY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006                                      _____
                                                          Clerk

p1120